IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

YONBLOKSIS YOUNG,

       Petitioner,

v.

THE FLORIDA DEPARTMENT
OF CORRECTIONS,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4226

Opinion filed May 13, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Yonbloksis Young, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Daniel A. Johnson, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.